## FOURTH DEPARTMENT, JANUARY TERM, 1888.

Egbert Q. Eldridge and others, Executors, etc., Appellants, v. Charles A. Collins, Temporary Receiver, and John Arnot and another, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Emily Halstead, Respondent, v. Edward B. Nelson, Appellant.—Judgment and order reversed upon the exceptions and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

Retta H. Round, Respondent, v. The Village of Oneida, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Walter J. Bustin, Respondent, v. John Moore, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

George C. Miller, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Hardin, P. J.; Martin, J., not sitting.

William H. Smith, Appellant, v. Augustus Wilkerson, Respondent.—Judgment affirmed, with costs.

Theodore L. Minier, as Assignee, Respondent, v. The Second National Bank of Elmira, Appellant. — Judgment reversed and a new trial ordered upon the exceptions, with costs to abide the event. Opinion by Hardin, P. J.; Mem. by Martin, J.

Spencer A. Stewart, Respondent, v. The Porter Manufacturing Company, limited, Appellant.— Judgment and order affirmed, with costs. Opinion by Follett, J.

H. E. Hooker Company, Respondent, v. Michael F. Sherlock, Appellant.—Judgment and order affirmed, with costs. Opinion by Martin, J.

John Hare, by Guardian, Respondent, v The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; Martin, J., not sitting.

Thomas Stack, Appellant, v. George H. McChesney, Respondent.—Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Follett, J.

Olive Arms, Respondent, v. William D. Arms, as Executor, etc., Appellant.—Judgment affirmed, with costs. Opinion by Follett, J.

Elizabeth M. Joyce, Respondent, v. John Joyce, Appellant—Judgment and order affirmed, with costs. Opinion by Follett, J.; Mem. by Martin, J.; dissenting Mem. by Hardin, P. J.

Michael McQuigan, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; Mem. by Martin, J.; dissenting opinion by Follett, J.

William H. Perry, Appellant, v. Charles M. Titus, Respondent— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Charles M. Titus and another, Respondents, v. William H. Perry and others, Appellants. - - Judgment affirmed, without costs. Opinion by Hardin, P. J.

Edward J. Adkins, Appellant, v. Agnes E. Adkins and others, Respondents. — Judgment affirmed without costs.

Agnes E. Adkins, individually and as Executrix, etc., Respondent, v. Edward J. Adkins and others, Appellants. — Judgment affirmed with costs, on opinion of Vann, J., delivered at Special Term. Mem. by Martin, J.

The People of the State of New York, Appellant, v. Edwin Wells, Respondent. — Order affirmed with ten dollars costs and disbursements. Opinion by Hardin, P. J.

The People of the State of New York, Appellant, v. Frank Flansburgh, Respondent. —

Order affirmed with ten dollars costs and disbursements. Opinion by Hardin, P. J.

William Theobold, Appellant, v. Robert Hatfield and another, Respondents. — Judgment and order [affirmed with costs. Opinion by Hardin, P. J.

Sarah E. Ham, Respondent, v. William W. Gilmore, Appellant— Judgment modified by deducting from the amount of the recovery $46.77, and as modified affirmed with costs to respondent. Opinion by Martin, J.

David K. McCarthy and others, as survivors of D. McCarthy and sons, Appellants, v. Isaac N. Wright and others, Respondents. — Judgment and order reversed upon the facts and a new trial ordered with costs to abide the event. Opinion by Follett, J. ; Hardin, P. J., not voting.

Charles H. Tryon, Respondent, v. Edward C. Stearns and others, Appellants. — Judgment affirmed with costs. Opinion by Hardin, P. J.

William Richards, Respondent, v. Crompton Ferguson, Appellant. — Judgment and order affirmed with costs. Opinion by Follett, J.

Charles Phelps, Respondent, v. John Galvin, Appellant. — Judgment of the County Court and of the Justice's Court reversed with costs. Opinion by Martin, J.

John D. McMahon, as assignee, Respondent, v. Elizabeth Sherman, Appellant. — Judgment affirmed with costs.

William W. Barse, as sole commissioner of highways of the town of Herkimer, Appellant, v. The Herkimer, Newport & Poland Narrow Gauge Railway Company, Respondent.—Judgment reversed and a new trial ordered with costs to abide the event. Opinion by Follett, J. Mem. by Hardin, P. J.

The Town of Taylor, Appellant, v. Elisha Brown, Respondent. — Judgment affirmed with costs upon opinion of this court, reported in 35 Hun, 1. Mem. by Martin, J.

The Town of Solon, Appellant, v. The Williamsburgh Savings Bank, Respondent.— Judgment affirmed with costs, on the opinion of Follett, J., delivered on the former appeal.

Ann Hughes, Appellant, v. Peter Smith, Respondent. — Judgment and order affirmed with costs. Opinion by Hardin, P. J.

Angeline L. Knight, as sole surviving executor of the last will and testament of William E. Knight, deceased, Respondent, v. Almus D. Alexander, individually and as administrator of the estate of Mattie Knight Alexander, deceased, Appellant, impleaded with the City National Bank of Binghampton. — Judgment reversed upon the facts and a new trial ordered, with costs to abide the event before a new referee. Opinion by Follett, J.

Lucy A. Nelson, Respondent, v. The New York, Ontario and Western Railroad Company, Appellant.—Held, that any error in rejecting the evidence offered to show that the deed mentioned in the offer was a mortgage, was secured by the condition annexed to the decision and judgment in equity, which provided ample protection to the rights of the defendant. Judgment affirmed, with costs.

Francis M. Kendrick and others, Respondents, v. Frank N. Marvin, Appellant.—Order reversed, with ten dollars costs and disbursements.

Stephen W. Baldwin, Appellant, v. Daniel Virginia, Respondent.—Judgment of the County Court reversed, and that of the justice affirmed with costs.

The People of the State of New York *ex rel.* Lafayette E. Pruyne, Appellant, v. Charles H. Walsh, Respondent. — Order affirmed, with costs against the relator.